# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Urstin Latroy George**                                            **Docket No. 4:12-CR-4-1BO**

## Petition for Action on Supervised Release

COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Urstin Latroy George, who, upon an earlier plea of guilty to Distribution of 28 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on July 3, 2012, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Urstin Latroy George was released from custody on June 26, 2015, at which time the term of supervised release commenced.

On February 2, 2018, the court approved a Violation Report agreeing to take no action after the defendant submitted a positive drug test. As a result of the positive drug test, George was referred for substance abuse treatment and placed in the Surprise Urinalysis Program.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On July 18, 2018, the defendant submitted to urinalysis that returned positive for marijuana, oxycodone, and oxymorphone. When confronted with the violation, the defendant admitted to using marijuana and consuming an oxycodone tablet that was prescribed for another person. According to George, he has been suffering with tooth pain and does not have the funds to schedule an appointment with a dentist. Additionally, the defendant has failed to attend substance abuse treatment as directed by the probation officer. The probation officer has allowed George to reschedule appointments due to work obligations, but he has failed to attend subsequent appointments as directed.

As a result of the defendant's failure to attend substance abuse treatment and testing positive for drugs, the probation officer respectfully recommends the conditions of supervised release be modified to include 24 hours community service as a sanction for the violations. George has also been instructed to contact PORT Health Services in New Bern, North Carolina, to schedule substance abuse counseling. The defendant will also remain in the Surprise Urinalysis Program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Urstin Latroy George
Docket No. 4:12-CR-4-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5105
Executed On: August 13, 2018

### ORDER OF THE COURT

Considered and ordered this 15 day of August, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge