UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Urstin Latroy George**                          **Docket No. 4:12-CR-4-1BO**

### Petition for Action on Supervised Release

COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Urstin Latroy George, who, upon an earlier plea of guilty to Distribution of 28 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on July 3, 2012, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Urstin Latroy George was released from custody on June 26, 2015, at which time the term of supervised release commenced.

On February 2, 2018, the court approved a Violation Report agreeing to take no action after the defendant submitted a positive drug test. As a result of the positive drug test, George was referred for substance abuse treatment and placed in the Surprise Urinalysis Program.

On August 16, 2018, the court approved a Petition for Action on Supervised Release ordering the defendant to complete 24 hours community service after the defendant submitted a positive drug test.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On November 28, 2018, the defendant submitted to urinalysis that returned positive for marijuana from the laboratory on December 3, 2018. When confronted with the violation, the defendant admitting to using marijuana within the past two weeks. Additionally, the defendant reported that due to his work schedule, he has not attended substance abuse counseling as instructed.

As the court is aware, this will be the defendant's third positive drug test during 2018. The defendant continues to maintain steady employment and a stable residence. However, he has been unable to refrain from using marijuana. As a result of the positive drug test and his non-compliance with substance abuse treatment, the probation officer respectfully recommends the conditions of supervised release be amended to include that the defendant adhere to a curfew with electronic monitoring for a period of 30 days. In consideration of the defendant's financial status, it is recommended the government pay for the monitoring services.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5105
Executed On: December 10, 2018

## ORDER OF THE COURT

Considered and ordered this __11__ day of __December__, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
Chief U.S. District Judge